# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov
*West Palm Beach Division*

In re:                                                                         Case No. 22-10741-EPK
                                                                               Chapter 11

BASA INVESTMENTS LLC



_____Debtor_____/

### DEBTOR-IN-POSSESSION's APPLICATION FOR ORDER APPROVING EMPLOYMENT OF LAUDY LUNA, ESQ., AND CUNEO, REYES & LUNA LLC AS ATTORNEYS FOR THE DEBTOR, EFFECTIVE AS OF THE PETITION DATE JANUARY 31, 2022

BASA INVESTMENTS, LLC, Debtor-in-Possession (the "Debtor") respectfully requests an order of the court approving the employment of Laudy Luna, Esq. and the law firm of Cuneo, Reyes & Luna LLC[1], effective as of the date of the Chapter 11 Petition, January 31, 2022, to represent the Debtor in this case, and states as follows:

1. On January 31, 2022, the Debtor filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code [ECF 1].

2. The Debtor desires to employ Laudy Luna, Esq. (the "Attorney") and the firm of Cuneo, Reyes & Luna, LLC (the "Firm") in this case.

3. The Debtor believes that the Attorney and Firm are qualified to practice in this court and are qualified to advise the Debtor on its relations with, and responsibilities to, the creditors and other interested parties.

---

[1] As of February 1, 2022, the undersigned counsel's firm changed it name from Reyes & Luna LLC, to Cuneo, Reyes & Luna, LLC.

Case No. 22-10741-EPK
Chapter 11

4. The professional services the Attorney and Firm will render are summarized as follows:

(a) To give advice to the Debtor with respect to its powers and duties as a Debtor- in-possession and the continued management of business operations;
(b) To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court;
(c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;
(d) To protect the interest of the Debtor in all matters pending before the Court; and
(e) To represent the Debtor in negotiations with creditors in the preparation of a plan connection with the creditors or other parties in interest or their respective attorneys.

5. Neither the Attorney nor Firm represent any interest adverse to the Debtor.

6. Attached to this motion is the Attorney's affidavit demonstrating the Attorney and the Firm are disinterested as required by 11 U.S.C. § 327(a), along with a verified statement as required under Bankruptcy Rule 2014.

7. Pursuant to Local Rule 2014-1(A), a copy of the Retainer Agreement executed by the Debtor is attached hereto.

8. The Attorney and the Firm have agreed to be compensated in accordance with 11 U.S.C. § 330.

9. The Firm's attorneys request compensation at the following hourly rate:

   a. Laudy Luna at $450.00 per hour;

   b. Jessica Reyes and Frank Cuneo, $450.00 per hour

   c. Associate attorneys $325.00 per hour

   d. Paralegals at $150.00 per hour

10. Prior to the filing of this case, the debtor agreed to pay the Firm a retainer in the amount of $15,000.00[2], which includes the filing fee of $1,738.00. The Debtor has authorized the use of the foregoing

---

[2] As reflected in the Retainer attached to this application the retainer amount is to be applied to three (3) bankruptcy cases which will be filed in this Court by the Debtor and 2 related entities. The Debtor and related debtors will seek the joint administration of the cases.

Case No. 22-10741-EPK
Chapter 11

retainer for pre-petition and post-petition services, with all post-petition services and cost subject to the Bankruptcy Court approval.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order authorizing the retention of Laudy Luna, Esq. and the law firm of Cuneo, Reyes & Luna, LLC, effective as of the Chapter 11 Petition Date, January 31, 2022, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, and granting any further relief as this Court deems just and proper.

Dated: February 28, 2022

BASA INVESTMENTS LLC
Debtor in Possession

By: *Ariel Banegas*
Ariel Banegas, Managing Member of Debtor,
Basa Investments, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing will be furnished to all creditors and interested parties on the Official Court Matrix.

Respectfully submitted,

/s/ Laudy Luna
Laudy Luna (FBN 044544)
Email: ll@crllawgroup.com
Cuneo, Reyes & Luna LLC
2655 S. Le jeune Rd., Suite 804
Coral Gables, Florida 33134
Tel: (786)332-6787
Fax: (786)204-0687
*Counsel for Debtor, Basa Investments LLC.*

Case No. 22-10741-EPK

Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing will be furnished to all creditors, interested parties on the Official Court Matrix, and parties listed below via U.S. Mail. Additionally, this Application was furnished to the parties registered to receive C./ECF notices through the Court's CM/ECF system.

U.S. Trustee
Attn: Heidi A. Feinman
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204

G. Steven Fender, Esq.
Fender, Bolling and Paiva, P.A.
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

Hampton Peterson, Esq.
Palm Beach County Tax Collector's Office
P.O. Box 3715
West Palm Beach, Florida 33402-3715
legalservices@pbctax.com

Newline Holdings, LLC
PO Box 8719
Carol Stream, IL 60197

Respectfully submitted,

/s/ Laudy Luna__
Laudy Luna (FBN 044544)
Email: ll@crllawgroup.com
Cuneo, Reyes & Luna LLC
2655 S. Le jeune Rd., Suite 804
Coral Gables, Florida 33134

**Case No. 22-10741-EPK**

Chapter 11

> Tel: (786)332-6787
> Fax: (786)204-0687
> *Counsel for Debtor, Basa Investments LLC.*