# EXHIBIT "B"

## REYES & LUNA LAW FIRM, LLC

75 Miracle Mile, #347623
Coral Gables, FL 33234
www.reyeslunalaw.com
admin@reyeslunalaw.com

Jessica B. Reyes, Esq.*
Laudy Luna, Esq.

Phone: 786-332-6787
Fax:   786-204-0687

* ALSO ADMITTED IN NY

January 17, 2022

### BANKRUPTCY RETAINER AGREEMENT

Via Email: ariel@leaderrealty.net
Basa Investments, LLC: EIN 82-0995964
Shepherd Realty Investments: EIN 47-2611216
Damaca Investments, Llc: EIN 82-0805724

c/o Ariel Banegas
5655 La Quinta Qt.
Lake Worth, FL 33463

Re: Retention of Reyes & Luna Law Firm, LLC

Dear Ariel,

I am pleased to confirm your decision to engage Reyes & Luna Law Firm, LLC (the "Firm") to represent the following entities: Basa Investments, LLC, Shepherd Realty Investments, and Damaca Investments LLC (collectively, the "Client") in connection with the filing of three (3) Chapter 11 bankruptcies (collectively the "Filings").

The purpose of this letter is to set forth our mutual understanding regarding the legal services to be rendered by the Firm and the basis on which fees will be payable for such services.

1. Professional Undertaking: I will take the primary responsibility for the representation. However, other members of the Firm can and will perform work as needed in the Filings. If at any time you have any questions or concerns, please direct them to my attention.

2. Fees and Costs: The Client has agreed to pay the Firm an initial retainer of **fifteen thousand dollars ($15,000.00)** for attorneys' fees and costs. The funds will be deposited into the Firm's trust account and will be applied to the Firm's fees and costs incurred (billed or expended) in connection with the Filings through the petition date and for postpetition fees and costs granted to the Firm upon proper application(s) and approved by the Court. This retainer is refundable as to any unused or unbilled amounts.

   **This is not a flat fee agreement.** Legal services will be billed under our current prevailing hourly rate as follows: $450.00 per hour for attorneys Laudy Luna and Jessica Reyes, $325.00 per hour for associate attorneys and $150.00 per hour for paralegals.

RETAINER AGREEMENT
Ariel Banegas
Basa Investments, LLC
Shepherd Realty Investments
Leader Realty, Inc.
c/o Ariel Banegas

Page 2

The Client is responsible for reimbursing all reasonable and necessary expenses incurred, including but not limited to: court costs, virtual litigation assistance, filing fees, witness fees, photocopying, messenger service, overnight delivery, facsimile fees, computerized legal research, and any other similar expenses incurred in this matter. Any unused retainer will be returned at the of the Client's case. From time to time at the Firm's discretion, the Firm may require additional retainers for continued representation.

The Firm will provide updated billing information once a month.

3. Termination: It is agreed that the firm shall have the right to withdraw form the Client's case if the Client has misrepresented or failed to disclose material facts to the Firm or if the Client fails to follow the Firm's legal advice, or if the Client fails to pay an invoice rendered by this office and approved by the court, within sixty (60) days of receipt or court approval, whichever is later. In any of these events, the Client agrees to execute such necessary documents as will permit the Firm to withdraw. If the Firm withdraws from the Client's case, the Client is not relieved of the obligation to pay outstanding fees and costs. The Client has the right to terminate representation by the Firm and any time but will be responsible for all fees and costs up until the time of termination. All termination requests must be made in writing, with email being an acceptable form of writing.

4. Outcome: The Client acknowledges that the Firm has made no guarantee, warranty or representation in connection with the favorable outcome or disposition of any phase of the Filings or matters which the Firm has been retained, and all expressions relative to it are only the Firm's opinion. The Client agrees to cooperate fully with the Firm and agrees not to do anything which would compromise the Firm's professional conduct and ethics.

5. Scope: The provisions of this Agreement shall apply only to the Filings and the related matters.

6. Acknowledgement: The Client acknowledges that the Firm shall have a retaining lien on the office file and on all file documents, property, or money in its possession for the payment of all sums due from the Client under this Agreement. The Firm may institute a

RETAINER AGREEMENT
Ariel Banegas
Basa Investments, LLC
Shepherd Realty Investments
Leader Realty, Inc.
c/o Ariel Banegas

Page 3

lawsuit, if necessary, against the Client and intervene in the action in which it represented the Client as a party litigant.

7. Collection: In the event it is necessary to institute a lawsuit for the collection of any fees and advances due to the Firm by the Client, the Client agrees to pay, in addition to any judgment for such fees and advances, all costs and expenses necessitated, thereby including reasonable attorneys' fees and costs. Venue for such action shall lie in Miami-Dade County Florida. All unpaid bills over thirty (30) days bear interest at twelve per annum (12%).

If the foregoing is acceptable, please indicate by signing below and returning the original of this letter to the undersigned. A copy will be provided for your convenience.

We look forward to working with you on these matters.

Reyes & Luna Law Firm, LLC

By: _____
For the Firm: Laudy Luna, Esq.

Read, Approved and Agreed as above:

By: _____    Dated: _____01/17_____

Ariel Banegas, Manager of Basa Investments, LLC,
President of Leader Realty, Inc. and President of
Shepherd Realty Investments, Inc.